LINDA ROCCA v. GENE J. ZAINO.

May 5, 1980.

Petition for certification denied.

UWE PRASCHL v. RAMAPO COLLEGE OF NEW JERSEY.

May 5, 1980.

Petition for certification denied.

NICHOLAS LaBRUNA v. STATE OF NEW JERSEY.

May 5, 1980.

Petition for certification denied.